## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF ALABAMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:15-cv-696 (LLA) |
| ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Plaintiff State of Alabama appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment issued by this Court against Plaintiff State of Alabama and in favor of all Defendants on March 31, 2025 (ECF No. 170), which constitutes a final judgment as to the entire case in accordance with Rule 58(a) of the Federal Rules of Civil Procedure. In accordance with D.C. Circuit Rule 3(c)(4), this notice of appeal encompasses all orders that, for purposes of appeal, merge into the designated final judgment.

Respectfully submitted,

s/ John C. Neiman, Jr.
One of the Attorneys for Plaintiff Alabama

**OF COUNSEL:**

Edmund Lacour, Solicitor General
(*Appearing under LCvR 83.2(f)*)
OFFICE OF THE ALABAMA ATTORNEY GENERAL
501 Washington Avenue
Montgomery AL 36104
elacour@ago.state.al.us

John C. Neiman, Jr.
MAYNARD NEXSEN PC
1901 Sixth Avenue N, Suite 1700
Birmingham, AL 35203
jneiman@maynardnexsen.com